**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CONSTANCE PERKINS,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, et al.,** *Defendants.* | : | **NO. 2:26-cv-4251** |

**ORDER**

**AND NOW**, this **2nd** day of **November 2026**, upon consideration of Defendants' Motion to Dismiss (ECF No. 12), Plaintiff's Opposition (ECF No. 13), and the docket, it is **ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 12) is **GRANTED**.
2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.
3. Plaintiff's official capacity claims against Defendants Robin Wimberly, Lt. Livewell, Sgt. Louis Halegoua, Cpt. Gregory Riley, and Collin Kelly are **DISMISSED with prejudice** for the reasons set forth in the accompanying Memorandum.
4. Plaintiff's individual capacity claims brought pursuant to 42 U.S.C. § 1983 (Counts I–IV) against Defendants Robin Wimberly, Lt. Livewell, Sgt. Louis Halegoua, Cpt. Gregory Riley, and Collin Kelly are **DISMISSED without prejudice** for the reasons set forth in the accompanying Memorandum.
5. Plaintiff's *Monell* Claim (Count V) against the City of Philadelphia is **DISMISSED without prejudice.**
6. Plaintiff's ADA (Counts VI & VII) and RA claims (Count VIII) against the City of Philadelphia are **DISMISSED without prejudice**.

7. Plaintiff's state law claims (Counts X–XII) are **DISMISSED without prejudice**.

8. Plaintiff's claims for declaratory relief (Count XIII) and injunctive relief (XIV) are **DISMISSED without prejudice**

9. Plaintiff may **FILE** an Amended Complaint, as set forth in the accompanying memorandum within **thirty (30) days** from the Date of this Order. After thirty (30) days, if Plaintiff does not file an Amended Complaint, the Court will conclude that Plaintiff intends to stand on her Complaint (ECF No. 1) and will issue a Final Order dismissing the case as brought against Defendants.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**